ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Shipping Consultants Associated, Ltd. | ) ASBCA No. 63583 |
| | ) |
| Under Contract No. N68171-21-D-0028 | ) |

APPEARANCES FOR THE APPELLANT:          Edmund M. Amorosi, Esq.
                                        Daniel H. Ramish, Esq.
                                          Haynes and Boone LLP
                                          Tysons, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                    Mark A. Dodge, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: January 30, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63583, Appeal of Shipping Consultants Associated, Ltd., rendered in conformance with the Board's Charter.

Dated: January 30, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals